DISMISS; Opinion Filed November 14, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-11-01137-CV

---

**CITY OF GREENVILLE, TEXAS; MAYOR TOM OLIVER; CITY MANAGER STEVEN J. ALEXANDER; ASSISTANT CITY MANAGER JOHN ADEL; CITY PLANNER LANCE ESTEP; THE CITY OF GREENVILLE, TEXAS PLANNING AND ZONING COMMISSION; BEN COLLINS, ACTING CHAIR OF THE CITY OF GREENVILLE; TEXAS PLANNING AND ZONING COMMISSION; AND THE CITY OF GREENVILLE, TEXAS BOARD OF ADJUSTMENT, Appellants**

V.

**L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P., Appellee**

---

**On Appeal from the 354th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 76399**

---

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion By Per Curium

Before the Court is the joint motion to dismiss the appeal filed by the parties. The parties have reached a settlement and request the appeal be dismissed so that the trial court may effectuate the agreement of the parties. We **GRANT** the motion. Pursuant to the agreement of the parties, we **DISMISS** the appeal and **ORDER** each party to bear its own costs and fees incurred in this appeal.

TEX. R. APP. P. 42.1(a)(2).

We **DIRECT** the Clerk to issue the mandate forthwith.

PER CURIAM

111137F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF GREENVILLE, TEXAS,
Appellant

No. 05-11-01137-CV      V.

L-3 Communications Integrated Systems,
L.P., Appellee

Appeal from the 354th Judicial District
Court of Hunt County, Texas. (Tr.Ct.No.
Cause No. 76399).
Opinion delivered by Justice Moseley,
Justices FitzGerald and Myers participating.

    Based on the Court's opinion of this date, the appeal is **DISMISSED**. It is **ORDERED** that each party to bear its own costs and fees incurred in this appeal.

    We **DIRECT** the Clerk to issue the mandate forthwith.

Judgment entered November 14, 2012.

_____
JIM MOSELEY
JUSTICE